55 A.3d 1053

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stacey TORRANCE, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 8, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Petition for Allowance of Appeal is **DENIED** without prejudice to the petitioner's right to file another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).